OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICE
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/9/2015
BAILEY, JIM LEE III          Tr. Ct. No. 14-20764-A          WR-83,651-01
This is to advise that your application for writ of habeas corpus has been dismissed.
Conviction not final; mandate not issued at time application filed in trial court.  See
Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

JIM LEE BAILEY III
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC # 295279
P. O. BOX 26007
BEAUMONT, TX  77720

13B  77720